# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PEGGY FOSNOCHT | CIVIL ACTION |
|---|---|
| v. | NO. 22-1563 |
| US BANK NATIONAL ASSOCIATION et al | |

## ORDER

**AND NOW, TO WIT:** This 27th day of July, 2022, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**GEORGE WYLESOL**, Clerk of Court

**BY:**   /s/ Amanda Frazier
Amanda Frazier
Deputy Clerk